U.S.D.C ATLANTA

Date: Sep 21 2021

KEVIN P. WEIMER , Clerk

By: s/Kari Butler
                Deputy Clerk

# United States District Court

## NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

KEVIN OWEN BURRESS

**CRIMINAL COMPLAINT**

Case Number:  4:21-MJ-51-WEJ

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.

## COUNT ONE

Beginning in or around November 2019 and continuing until on or about June 11, 2021, in Dade County, in the Northern District of Georgia, and elsewhere, defendant, KEVIN OWEN BURRESS, knowingly, with the intent to harass and intimidate another person, that is, "A.K.," use the mail, an interactive computer service, electronic communications service, and electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to "A.K.," all in violation of Title 18, United States Code, Sections 2261A(2)(B) and 2261(b).

## COUNT TWO

On or about June 11, 2021 in Dade County, in the Northern District of Georgia, defendant, KEVIN OWEN BURRESS, knowingly possessed a machine gun, in violation of Title 18, United States Code, Section 922(o).

I further state that I am a United States Postal Inspector and that this complaint is based on the following facts:

**PLEASE SEE ATTACHED AFFIDAVIT**

Continued on the attached sheet and made a part hereof.    Yes

*James C. Fincher*
Signature of Complainant
James C. Fincher

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it.  Sworn to me by telephone pursuant to Federal Rule of Criminal Procedure 4.1.

| September 21, 2021 | at | Rome, Georgia |
|---|---|---|
| Date | | City and State |

WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE

*Walter E. Johnson*

Name and Title of Judicial Officer

Signature of Judicial Officer
Issued pursuant to Federal Rule of Criminal Procedure 4.1

AUSA Annalise K. Peters / 2021R00779 / annalise.peters@usdoj.gov

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR CRIMINAL COMPLAINT

I, James C. Fincher, depose and say under penalty of perjury:

### INTRODUCTION AND AGENT BACKGROUND

1. I am an investigator and law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), and am empowered to conduct investigations of, and make arrests for, offenses enumerated in Title 18, United States Code and other violations of federal law. I am currently employed as a United States Postal Inspector (Inspector) with the United States Postal Inspection Service (USPIS) and have been so employed since 2013. In May of 2009, I received a Master of Accountancy, with an emphasis in Forensic Accounting, from Florida Atlantic University. Prior to my career with the USPIS, I served four years as a Special Agent with the U.S. Department of Housing and Urban Development – Office of Inspector General during which time I investigated white-collar crime with responsibility for investigating violations such as Mail Fraud, Fraud By Wire, Bank Fraud, and Money Laundering, including investigations of housing-for-profit and loan origination fraud. As a Postal Inspector, I have participated in physical surveillance, worked with confidential informants, conducted interviews, served subpoenas, and executed search and seizure warrants.

2. This affidavit is made in support of a criminal complaint and arrest warrant for KEVIN O. BURRESS (hereinafter BURRESS) for violations of 18 U.S.C. §§ 2261A (cyberstalking) and 922(o) (possession of a machinegun).

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers, federal agents, and witnesses. This affidavit contains information necessary to support this application. It is not intended to include every fact and matter observed by me or known to the Government.

## NATIONAL FIREARMS ACT

4. The National Firearms Act ("NFA") regulates the manufacture, possession, and registration of certain weapons defined under the Act, generally referred to as NFA Firearms. NFA Firearms include, among other things, short-barreled rifles (SBRs), suppressors, short-barreled shotguns, and machineguns. *See* 26 U.S.C. § 5845(a).

5. The Gun Control Act ("GCA") defines a "firearm" as: (A) any weapon (including a starter gun) which will or is designed to or may be readily converted to expel a projectile by the action of an explosive; (B) the frame or receiver of any such weapon; (C) any firearm muffler or firearm silencer; or (D) any destructive device. 18 U.S.C. § 921(a)(3).

6. For purposes of NFA regulations, the NFA defines a "firearm" as: "(1) a shotgun having a barrel or barrels of less than 18 inches in length; (2) a weapon made from a shotgun if such weapon as modified has an overall length of less than 26 inches or a barrel or barrels of less than 18 inches in length; (3) a rifle having a barrel or barrels of less than 16 inches in length; (4) a weapon made from a rifle if such weapon as modified has an overall length of less than 26 inches or a barrel or barrels of less than 16 inches in length; (5) any other weapon, as defined in subsection (e); (6) a machinegun; (7) any silencer (as defined in section 921 of title18, United States Code); and (8) a destructive device." 26 U.S.C. § 5845(a).

7. The NFA defines a "machine gun" as "any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger. The term shall also include the frame or receiver of any such weapon, any part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun, and any combination

of parts from which a machinegun can be assembled if such parts are in the possession or under the control of a person. 26 U.S.C. § 5845(b).

8. An auto sear is a combination of parts designed and intended for use in converting a weapon to shoot automatically more than one shot, without manual reloading, by a single function of the trigger. The Bureau of Alcohol, Tobacco and Firearms ("ATF") has examined an auto sear known by various trade names including "AR15 Auto Sear," "Drop In Auto Sear," and "Auto Sear II," which consists of a sear mounting body, sear, return spring, and pivot pin. The ATF finds that the single addition of this auto sear to certain AR15 type semiautomatic rifles, manufactured with M16 internal components already installed, will convert such rifles into machineguns as defined under the NFA. Consequently, the auto sear is a machinegun as defined by 26 U.S.C. § 5845(b). *See* ATF Rule 81-4.

9. Any NFA weapon must be registered with the National Firearms Registration and Transfer Record ("NFRTR"). 26 U.S.C. §§ 5812(a), (b).

10. Title 18, United States Code, Section 922(o) prohibits, with exceptions, any person from transferring or possessing a machinegun.

## PROBABLE CAUSE

**Background of Investigation**

11. As set forth below, I know that KEVIN OWEN BURRESS (DOB: 11/26/88) most recently lived at 556 Stallings Road, Trenton, GA 30752 until he was arrested on or about June 11, 2021.

12. There is probable cause to believe that beginning in or around November 2019 until on or about June 11, 2021, BURRESS repeatedly contacted A.K., J.K., and M.K.[1], family members who resided in the Chicago, Illinois area, by telephone, email, USPS mail, and social media messages. BURRESS repeatedly contacted these individuals using various phone numbers, email accounts, and other methods in an effort to harass and intimidate A.K. and to attempt to induce A.K. into marrying him.

13. According to USPS business records, BURRESS has a postal account with the following information:

   a. User ID: trustedskies
   b. First Name: Kevin
   c. Last Name: Burress
   d. Address: 556 Stallings Road Trenton, GA 30752
   e. Phone: 916-201-8544
   f. email: mekevin1917@gmail.com

14. A.K., J.K., and M.K. own and operate an art company that holds a business address of a P.O. Box located in Highland Park, Illinois. The art company maintains an online-only storefront that advertises and sells original, print, and various merchandise related to artwork.

15. On or about December 18, 2020, A.K. and J.K. filed a complaint with the Chicago Police Department ("CPD") about BURRESS's conduct. A.K. and J.K. reported that from November 25, 2019 through December 18, 2020, they received approximately 100 to 300 emails, three to four telephone calls, two voicemails, and 40 to 50 Facebook messages from a male stating that he would kill A.K., J.K., and other family members with a gun and that he would throw acid on A.K.'s face. A.K. and J.K. also reported that the male said that he intended to

---

[1] The names of these individuals and the name and identifying information about these individuals' business have been redacted to protect the victims' identities.

marry A.K. and if A.K. did not comply, he would make good on his mentioned threats. The voicemails were sent to the art business's publicly available phone number. Additionally, the male self-identified in his various messages as "KEVIN OWEN BURRESS," and he contacted A.K. and J.K. using email accounts mekevin1917@gmail.com and m.ek.e.vi.n1.91.7@gmail.com.

16. On or about August 20, 2021, I interviewed A.K., J.K., and M.K. telephonically to obtain information regarding communications they have received from BURRESS. They reported that, to their knowledge, they have never met BURRESS or seen him in person. J.K. reported that over the course of receiving communications from BURRESS, BURRESS's communications became more frequent and seemed to escalate in their threatening nature. J.K. estimated that the family has received hundreds of voicemails and thousands of emails from BURRESS. The family members also reported that they took BURRESS's statements seriously and feared that BURRESS would harm them. J.K. reported that even after he talked to BURRESS on the phone once and told BURRESS to stop contacting them, BURRESS continued sending messages and leaving voicemails. According to A.K., J.K., and M.K., BURRESS's statements caused A.K. to fear for her safety and suffer emotional distress.

17. During this investigation to date, I have personally reviewed various emails, voicemails, and approximately 88 postcards that were provided to law enforcement by J.K. and believed to be from BURRESS. In some of the communications, BURRESS self-identifies as KEVIN or KEVIN BURRESS. In others, he self-identifies as "Gabriel" or the "arch angel Gabriel." In others, he self-identifies as both BURRESS and Gabriel.

**Use of the Mail**

18.     The postcards I have reviewed have a personal message on one side and a photograph on the other side.  Many, if not all of the postcards, contain a logo showing that they were printed and sent by Postable, an online mail service where the sender pays, uploads a photograph for the front of the postcard, and submits a message for the back of the postcard.  Postable then prints and mails the postcard to the requested recipient on behalf of the sender.  Most, if not all of these postcards, are postmarked from California.  Many, if not all of the postcards, were addressed to A.K. and sent to one of a few addresses in the Chicago, Illinois area, where they were received by A.K., J.K., and/or M.K.

19.     For example, two USPS mailed postcards, dated February 7, 2020, were addressed to A.K., have the following photograph and message:

   a.     With an image of two gazelles, one infant and one mature, the postcard states, "[A.K], Maybe tomorrow you will say yes. You didn't say no today. I will continue trying and pray and hope that you will find it to speak to me. I don't know what to expect really or what you would say but maybe you will find it, and maybe you will find time. Maybe you will care to treat me with any dignity at all and recognize that I exist, whether or not you believe that I am who I am. I have a lot of patience to keep trying. Maybe tomorrow I will get it right and I will come up with the right thing to say. I know not everything I think is pleasant or correct to do. I do a lot of thinking, and thinking, and thinking. Hope is like the forced swimming test on lab rats. The JP Morgan hiring the single mom running a $500/mo deficit in a one bedroom apartment if SF to work at a bank as a teller. Any you, you're like the woman who is kidnapped and defends her captors. Stockholm syndrome they call it.  I love you though. Maybe I'm the victim of your silence.  Gabriel (Kevin)."

   b.     With an image of "VeraBitotic Live Longer," logo, the postcard informing A.K. that the sender submitted her to be a TEDx speaker.  The send closed the message out with, "- <3 KB".

20.     Below are additional examples of postcards that the family received along with the dates on the postcards:

a. February 13, 2020: "I'm really trying to show you that I love you and I'm having a hard time with it," and, "I don't trust my family and I'm not sure I would miss them if they died. But I would miss you and I want to trust you."

b. February 26, 2020: "AA [Arch Angel] Michael said that you will lose power. California said they do not want people who wish to use Marijuana to have guns. Brian uses Marijuana and has guns," and closes with, "Gabriel."

c. February 29, 2020: "…And your paintings are portals for demons to enter the earth and possess people. I think the Jesus one is maybe that carpenter but its there for people to pay you for protection from your demonic possessions and I'm not okay with it. I'm not paying for protection."

d. March 17, 2020: "We kill people for free. You can't change that about me. You can reason with me. We don't want anyone killing us back it's a pain coming down here and we'll kill more people if they do. Do you want to be friends? You can change something but you can't change me. Let's be reasonable. I want a wife."

e. May 22, 2020 and with a picture of A.K. on the front: "…this is one of my favorites. Thank you for catching on about sending periodic messages with images. It's nice to see you. I like the other ones too but you seem a little sad… I was laying down just thinking of you and praying Elyon Thank you for this woman she makes me feel loved I can feel it in my spirit around her and it reaches to my being, even here. I want to send you a piece of mushroom, just once, and not a lot but a safe amount, and I hope you can have a great day and feel loved.

f. April 30, 2021, and with an image of a dyrad cipher, the postcard states, "I'm killing myself. 21 bullets to the head in front of the white house. I'm disappointed. You should really talking."

g. April 6, 2021, and with an image of a AR15 in a deconstructed M state, it states, "I got some ammo today. It's strange thinking one of these bullets will most certainly be my death. I know we should be quiet about that plan to kill the president the rich trump conservative….I've wanted to make art but I won't without you. Other than this plan you have me doing. It's too bad if the plan called for something better and more effective than 3d print guns. I guess those gun manufacturers really want it done for joe."[2]

h. April 6, 2021, and with an image of two blank canvases leaning against a window, the postcard states, " I've had these canvases since I begun messaging

---

[2] As set forth below, ammunition, a 3D printer, and a 3D printed Glock-style purple firearm were recovered from BURRESS's trailer in Trenton, Georgia.

you in June 2019. I bought them just around the time you posted your video about Everlasting."[3]

    i.     April 28, 2021, and with an image of a dart board with a bullseye it states, "You still want me to go through with it and it's the same difference. They do too it files the agenda and you sent your brother to ask and I agree to it…I have the parts on the way. Arriving shortly. It was kind of a heavy buy but totally worth every penny to do, just wanted to keep it legal.  The new ghost gun ar pistol should fit well in my ukulele case."

    j.     May 11, 2021 and with an image of the print "Decay and Her Lustful Tongue," the postcard states, "The only thing that will shut me up is loving you and being together or dying. I think I'm going to send you some LSD but that solves nothing.  If I had a million dollars I would spend it all to find you…I can be good to you. You know. I can keep looking for fentanyl in the meantime.  I have a gun.

    k.     June 9, 2021 and with an image of "anti art," the postcards states, "I want your fingers cut off and given to me.  The fingers of your self and your hand that you paint with. If you refuse. I want host taking and mass.  All ten fingers removed permanently and you in prison."

21.     Below are additional examples of postcards that do not have a month or day listed but include a first-class stamp with the year 2020 listed:

    a.     With a picture of a broken chain and a bird flying out of the broken link, it states: "I have geographically sepearted myself from my firearm.  I believe it was responsible of me, while I consider the options being made available. There is a right option and a wrong option, and I want to fully consider them.  They seem to include some organizational structures and property states, and there may be a delay.  Nobody is in danger, presently, and I have no intention to desire to carry anything out with my firearm, presently.  I have done this because I know that love makes people do crazy things, and I think it is safe, however foolish to be separated.  In your current situation you are presently safe. It is critical that you choose the correct options, and you may have some idea of what those options may be, but you may choose incorrectly, not considering the ramifications of doing so."

    b.     With a picture of palm trees, it states: "Well I think I can't accept no. I'm saying no. And I have a gun. In the famous words of Nancy Sinatra to the Japense, 'bang bang,' I don't think she could have put it any better. 'My baby shot me down' I'm willing to use it if you say no. Either way I might die. I wish to

---

[3] As set forth below, two blank canvasses were recovered from BURRESS's trailer in Trenton, Georgia.

love you though. Love me too. Please. Or I'll slaughter a concert with an m16. And if you call the cops then I'll shoot and die. Your choice to kill me too. It's your choice. You have until your birth day 2021 to decide. I will attempt to do art until then….. I sent letters to [address redacted] but land record says deed is not yours. Whitepages say [M.K.]. I'll dig deeper PO Box Records..etc… K.owen."

c.    With a picture of a male self-identifying as the sender, later identified as KEVIN OWEN BURRESS, it states: "….I see coming home to you and cuddles. Can we dump your other boyfriend? Jesus said I love you. We should get married. We can make a film. Love me."

d.    With a picture of a flag with marijuana leaves, it states: "I'm at the airport. It's 9/9 today it is two days daze…Dazed and confused it a stoner movie. But I am not a hippie. 9/11 is in two days. 2020…most people don't take hostages for marriage. Romans used to abduct brides….have my family will you? I love you dearly. I must insist. I do insist…"

**Use of Email**

22.    J.K. reported that many of the thousands emails that are believed to have been sent by BURRESS were sent to the art business's primary business email account. Specifically, many of those emails were likely "sent" by BURRESS by completing and submitting a form on the art business's public website through the "contact us" page of the website. The form includes fields to list the submitter's name, email address, phone number, and message. Notably, J.K. reported that the email address entered into the form by the sender is not verified by the system and could be a fictious email address. Below are examples of emails I have reviewed to date with the information believed to have been submitted by BURRESS:

a.    Date: December 4, 2020
Name: Obsession with Jodie Foster
Phone: 9162018534[4]
Hinckley became obsessed with the 1976 film Taxi Driver, in which disturbed protagonist Travis Bickle (Robert De Niro) plots to assassinate a presidential candidate. The Bickle character was partly based on the diaries of Arthur Bremer, who attempted to assassinate George Wallace.[4] Hinckley developed an infatuation

---

[4] This number is one digit off of BURRESS's known cell phone number. I believe that BURRESS mistyped his phone number when submitting this contact.

      with Jodie Foster, who played a sexually trafficked 12-year-old child, Iris Steensma, in the film.[8] When Foster entered Yale University, Hinckley moved to New Haven, Connecticut, for a short time to stalk her.[2] There, he slipped poems and messages under Foster's door, and repeatedly called and left her messages.
Message: Failing to develop any meaningful contact with the actress, Hinckley fantasized about conducting an aircraft hijacking or committing suicide in front of her to get her attention. Eventually, he settled on a scheme to impress her by assassinating the president, thinking that by achieving a place in history, he would appeal to her as an equal. Hinckley trailed President Jimmy Carter from state to state, and was arrested in Nashville, Tennessee, on a firearms charge. Penniless, he returned home. Despite psychiatric treatment for depression, his mental health did not improve. He began to target the newly elected president Ronald Reagan in 1981. For this purpose, he collected material on the assassination of John F. Kennedy. Hinckley wrote to Foster just before his attempt on Reagan's life:[9] Over the past seven months I've left you dozens of poems, letters and love messages in the faint hope that you could develop an interest in me. Although we talked on the phone a couple of times I never had the nerve to simply approach you and introduce myself. … The reason I'm going ahead with this attempt now is because I cannot wait any longer to impress you. — John Hinckley Jr. Thanks

b.  Date: December 15, 2020
    Name: Crazy
    Email: mekevin1917@gmail.com
    Phone: 9162018544
    Message:  I mean biden is president and you're not my wife that's good enough reason to kill you.

c.  Date: January 10, 2021
    Name: Over [A.K.]
    Email: neilwingstrong+[A.K.]@gmail.com
    Phone: She doesn't think I'll do it. That I'll die over her not being with me. I will though. I'm going to kill some cops first though.
    Message:  Maybe high profile like a federal judge or some mayor. Highland Parks mayor..something about her not obeying Jesus, how [J.K.] wants to kill people for Satan, and him being a fraud though, judge, mayor. Thanks.

d.  Date: March 26, 2021
    Name: Well God Will be mad
    Email: mekevin1917+hewillbemad@gmail.com
    Phone: 9162018544
      He will be mad and wroth with you should I go to kill the president instead of making love with you like Jesus has requested of you.

      Message:  Why in the world it takes a decade of prayer from Gabriel for Gabriel to I don't know but it's not a problem about that it's the refusal of you to cooperate with the divine will. Thanks.

  e.  Date:  June 2, 2021
      Name: Aki any Virus
      Email: gabrieltheman@protonmail.com
      Phone: I was just thinking like marriage huh only not marriage give in or married I don't know…Belshazzar said don't let me back into the kingdom it's not me if anyone shows up and locked himself out one night and was killed?
      Message:  Anyway... We can be so close that like our DNA is mixed You think instead there's some other resurrection of other life we don't have kids?  We can make a virus and be immortal They will freeze us in Sandia In deep freeze Over with small pox We can Love Make Love Cure Virus "Couple saw Jesus made virus. Infected planet. Better then killing president. Immortal virus. And that's a bad plan but we can cure virus. Pica virus

## Use of Telephone

23. Below are transcriptions of selected voicemails provided by J.K. to law enforcement that are believed to have been left by BURRESS.[5]  The exact dates of these voicemails are unknown, but J.K. reported that they were left more recently:

  a. "I got my glock 3d printed. Nice purple frame. It could be a little bit better, it has some lines in it…It shouldn't be a problem though. It should all work. It should go together."

  b. "I'm serious that's the only thing you ever need to say, is leave….So I've got this Glock frame printed out now, it seems sturdy enough….Seems sturdy enough to use…It should be good for a few for what I'm using it for…a few hundred rounds of ammunition…Check out all my magazines make sure they cycle well….Brushed it with some sandpaper….Purple…Majestic purple…Its just for the whore of Babylon…just for her."

  c. "Thought about using zip ties and zip tying  the explosives around people's neck…first tying them up…like a blow their head off collar…like a dog collar."[6]

---

[5] These are draft transcriptions.
[6] As set forth below, zip ties were later recovered from BURRESS's trailer in Trenton, Georgia.

> d. "Ya I'm going to the Waldorf. I'm going to take a Greyhound out there….Ship myself a gun or just take it on the Greyhound…and I'll come out there and get a room at the Waldorf and just start taking hostages…"

**Possession of Machine Gun**

24. On June 11, 2021, I assisted the Dade County Sheriff's Office ("DCSO"), the Georgia Bureau of Investigations ("GBI"), and the Georgia State Patrol SWAT ("GSP") with serving a State of Georgia arrest warrant for obstruction (Warrant Number 2110006A) for BURRESS and executing a search warrant issued by the Dade County Magistrate Court (Warrant Number 210611626) at BURRESS's trailer at 556 Stallings Road, Trenton, GA 30752.

25. During the execution of the search warrant after BURRESS was taken into custody, law enforcement recovered an "AR15" style rifle void of manufacturer's indicia, proof markings, or serial numbers; and a "Creality Ender 3" 3-D printer and 3 spools of 3D printer printing media in colors violet, silver, and black.  Law enforcement also recovered a violet/purple 3D printed frame of a Glock style firearm with A.K.'s name written on the frame in black marker; multiple types of ammunition, including suspected armor-piercing ammunition; a box of zip tie tactical handcuffs; a pair of metal handcuffs engraved with A.K.'s name; two blank art canvasses; and various firearm magazines and firearm parts.

26. BURRESS was taken into state custody on a felony obstruction charge and remains in the custody of Dade County.  BURRESS is currently scheduled to appear for a bond hearing on September 23, 2021.

27. On June 16, 2021, I inspected the "AR15" style rifle and observed the following:

> a. The barrel is a picatinny rail approximately ten point five inches (10.5") in length;
>
> b. There are no manufacturer markings, proof markings, or serial numbers located on the rifle, nor were there areas where the indicia was scratched out or obviously removed; and

      c.      a violet/purple 3D printed "AR15" part, believed to be an "auto-sear," is placed onto the bolt of the rifle.

28. On or about July 20, 2021, ATF Special Agent Stephen M. Kirkpatrick took possession of the weapon seized from BURRESS. The weapon was transported by SA Kirkpatrick to the ATF Atlanta Field Office, where it was visually inspected and entered into the ATF evidence system. SA Kirkpatrick inspected the weapon and believes that, based on his training and experience, the installed part appears to be a manufactured auto-sear designed to convert the semi-automatic firearm into a machine gun. SA Kirkpatrick submitted the firearm to the ATF Firearms and Ammunition Technology Division (ATF-FATD) for examination and final determination by the Firearms Technology Criminal Branch (FTCB).

## CONCLUSION

29. Based on the aforementioned facts, there is probable cause to believe that KEVIN OWEN BURRESS committed violations of 18 U.S.C. §§ 2261A and 922(o).

# United States District Court

NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| v. | AGENT TO ARREST |
| KEVIN OWEN BURRESS | Case Number: 4:21-MJ-51-WEJ |

TO:   The United States Marshal
       and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest KEVIN OWEN BURRESS and bring him or her forthwith to the nearest magistrate judge to answer a **COMPLAINT** charging him or her with:

### COUNT ONE

Beginning in or around November 2019 and continuing until on or about June 11, 2021, in Dade County, in the Northern District of Georgia, and elsewhere, defendant, KEVIN OWEN BURRESS, knowingly, with the intent to harass and intimidate another person, that is, "A.K.," use the mail, an interactive computer service, electronic communications service, and electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to "A.K.," all in violation of Title 18, United States Code, Sections 2261A(2)(B) and 2261(b).

### COUNT TWO

On or about June 11, 2021 in Dade County, in the Northern District of Georgia, defendant, KEVIN OWEN BURRESS, knowingly possessed a machine gun, in violation of Title 18, United States Code, Section 922(o).

| | |
|---|---|
| WALTER E. JOHNSON | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| Issued pursuant to Federal Rule of Criminal Procedure 4.1 | |
| | September 22, 2021 |
| | Rome, Georgia |
| Signature of Issuing Officer | Date and Location |

Bail Fixed at $_____ by_____
                                         Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at:
_____

Date Received:_____    _____
                                        Name and Title of Arresting Officer

Date of Arrest:_____    _____
                                        Signature of Arresting Officer

# CLASS II WARRANT INFORMATION SHEET

**NOTE**: Deliver all original arrest warrants to U.S. Marshal, N/GA only. The Clerk shall not issue copies of arrest warrants, whether certified or not, to any law enforcement agency. Any law enforcement agency in need of copies shall obtain them from the U.S. Marshals' Office.

**Identifying Data of Defendant:**

NAME: Kevin Owen Burress

ALIAS: n/a

ADDRESS: 556 Stallings Road Trenton, GA 30752 (currently in Dade County custody)

SEX: Male

RACE: White

HEIGHT:

WEIGHT:

DOB: 11/26/88

SSN#: 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

FBI#:

AGENCY: USPIS

    AGENT: James C. Fincher

    AGENT EMAIL: jcfincher@uspis.gov

    AGENT CONTACT #: 812-454-6602

AUSA: Annalise K. Peters

**\*All executed arrest warrants shall be returned to the U.S. Marshal.**