ORIGINAL

Case 4:21-cr-00041-SDG   Document 11   Filed 11/02/21   Page 1 of 4

FILED IN OPEN COURT
U.S.D.C. - Atlanta

NOV 02 2021

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEVIN BURRESS | Criminal Indictment<br><br>No. 4:21CR041 |

THE GRAND JURY CHARGES THAT:

### Count One

Beginning in or around November 2019, and continuing until on or about October 14, 2021, in the Northern District of Georgia and elsewhere, the defendant, KEVIN BURRESS, did knowingly, with the intent to injure, harass, and intimidate another person, that is, "A.K.," use the mail, an interactive computer service, electronic communication service, and electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce, to engage in a course of conduct that caused, attempted to cause, and would reasonably be expected to cause, substantial emotional distress to "A.K.," all in violation of Title 18, United States Code, Sections 2261A(2) and 2261(b).

### Count Two

Beginning in or around November 2019, and continuing until on or about October 14, 2021, in the Northern District of Georgia and elsewhere, the defendant, KEVIN BURRESS, did knowingly, with the intent to injure, harass, and intimidate another person, that is, "J.K.," use the mail, an interactive

computer service, electronic communication service, and electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce, to engage in a course of conduct that caused, attempted to cause, and would reasonably be expected to cause, substantial emotional distress to "J.K.," all in violation of Title 18, United States Code, Sections 2261A(2) and 2261(b).

### Count Three

On or about June 7, 2021, in the Northern District of Georgia and elsewhere, the defendant, KEVIN BURRESS, did knowingly, with the intent to extort a thing of value from "A.K.," transmit, in interstate and foreign commerce, a telephone call and voicemail from the State of Georgia to "J.K." in the State of Illinois, during which the defendant threatened to kidnap and injure a person inside a hotel, in violation of Title 18, United States Code, Section 875(b).

### Count Four

On or about June 11, 2021, in the Northern District of Georgia, the defendant, KEVIN BURRESS, knowingly possessed a machine gun, that is, an AR15 style rifle with no manufacturer markings and serial numbers, and with a 3D printed auto-sear attached to the firearm bolt, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

### Forfeiture Provision

Upon conviction of Count Three of this Indictment, the defendant, KEVIN BURRESS, shall forfeit to the United States, pursuant to Title 18, United States

Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, any property constituting or derived from proceeds traceable to the violation.

Upon conviction of Count Four of this Indictment, the defendant, KEVIN BURRESS, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to:

    a. one (1) AR15 style rifle with no manufacturer markings and serial numbers, and with a 3D printed auto-sear attached to the firearm bolt;

    b. various ammunition seized on or about June 11, 2021; and

    c. various firearm magazines and other firearm parts seized on or about June 11, 2021.

If, as a result of any act or omission of the defendant, any property subject to forfeiture:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided

    f. without undue complexity or difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture

of any other property of the defendant up to the value of the above forfeitable property.

A ___True___ BILL

_____
FOREPERSON

KURT R. ERSKINE
 *Acting United States Attorney*

*Annalise K. Peters*

ANNALISE K. PETERS
 *Assistant United States Attorney*
Georgia Bar No. 550845

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

4