IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEVIN OWEN BURRESS | Criminal Action No.<br>4:21-cr-00041-SDG-WEJ |

### ORDER

This matter is before the Court for consideration of the Non-Final Report and Recommendation entered by United States Magistrate Judge Walter E. Johnson [ECF 80], which recommends that Defendant Kevin Burress's Motion to Dismiss For Undue Delay in Transport for Treatment to Restore Competency [ECF 73] be DENIED. Defendant did not file objections to the Non-Final Report and Recommendation. In the absence of objections, and under 28 U.S.C. § 636(b)(1) and Fed. R. Crim. P. 59(b)(1), this Court reviewed the Report and Recommendation for clear error and found none. Accordingly, this Court **ADOPTS** the Non-Final Report and Recommendation [ECF 80] as the order of this Court. Defendant's Motion to Dismiss is **DENIED**.

Further, undersigned **DIRECTS** the Clerk of Court to terminate the referral of this matter to Judge Johnson.

**SO ORDERED** this 19th day of September, 2023.

                                                Steven D. Grimberg
                                  United States District Court Judge